# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00350-LJO-SKO |
|---|---|
| Plaintiff, | ORDER DETAINING DEFENDANT PENDING PRETRIAL VIOLATION HEARING |
| v. | |
| JERARDO HERRERA, | |
| Defendant. | |

On January 27, 2016, the Court held an initial appearance for Defendant Jerardo Herrera on a pretrial release violation petition. Counsel Kim Sanchez appeared for the Government. Defendant Herrera was present in custody with Counsel Kathy Hart who requested a continuance of the hearing for purposes of investigation.

Based upon the nature and circumstances of the offense and applying other combination of conditions, the defendant is temporarily detained pending a determination of his violation of pre-trial conditions of release under 18 U.S.C. § 3148.

IT IS SO ORDERED.

Dated: **January 27, 2016**

UNITED STATES MAGISTRATE JUDGE

1