UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERARDO HERRERA,<br><br>Defendants. | No. 1:15-CR-00350 LJO<br><br><br><br>ORDER |

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Jerardo Herrera without prejudice.

IT IS SO ORDERED.

Dated: **August 25, 2016**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE